IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

QUITMAN BEACH                                                              PETITIONER

VERSUS                                      CIVIL ACTION NO. 5:09cv151-DCB-MTP

WARDEN TEDFORD, Grenada County Jail                                  RESPONDENT

ORDER TRANSFERRING CAUSE TO UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

Petitioner, a federal prisoner incarcerated at the Grenada County Jail, Grenada, Mississippi, filed this request for habeas corpus relief pursuant to 28 U.S.C. § 2241 and paid the required filing fee on September 16, 2009. The Grenada County Jail, Grenada, Mississippi, is located in the northern district of Mississippi. "[T]he district of incarceration is the only district that has jurisdiction to entertain a defendant's § 2241 petition." *Lee v. Wetzel*, 244 F.3d 370, 373 (5th Cir. 2001)(*citing Hooker v. Sivley*, 187 F.3d 680, 682 (5th Cir.1999). Thus, this court lacks jurisdiction over the instant petition for habeas relief pursuant to 28 U.S.C. § 2241. The proper jurisdiction is the United States District Court for the Northern District of Mississippi. It is, therefore,

ORDERED that this petition for habeas corpus relief filed pursuant to 28 U.S.C. § 2241 be transferred to the United States District Court for the Northern District of Mississippi and that the petition shall be received in accordance with the orders and local rules of that court.

SO ORDERED, this the  22nd  day of September, 2009.

                                                    s/David Bramlette
                                                    UNITED STATES DISTRICT JUDGE